IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas John Platt,<br><br>        Petitioner,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>        Respondents. | No. CV-19-05814-PHX-JJT (JZB)<br><br>**ORDER** |

Petitioner Thomas John Platt filed, *pro se*, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Now at issue is the Report and Recommendation ("R&R" Doc. 18) submitted by United States Magistrate Judge John Z. Boyle recommending that the Court deny and dismiss the Petition on the merits. Judge Boyle warned that Petitioner had 14 days from the date of service of the R&R to file specific written objections thereto, and failure to do so "may result in the acceptance of the [R&R] by the district court without further review." (R&R at 18.)

The deadline to file objections came and went nearly three weeks ago and Petitioner has filed no objections by the deadline or since. The Court therefore will accept the R&R and all of its underlying reasoning. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Even upon a review of the merits of the R&R, the Court is firmly convinced that the R&R's reasoning and conclusions are sound. Judge Boyle submitted an exhaustive and thorough R&R whose conclusions each were fully supported by the state court record. The Court here will not reiterate that treatment, as it could not improve on the explanation.

1  IT IS ORDERED adopting in whole the R&R submitted in this matter by Judge Boyle (Doc. 18).

IT IS FURTHER ORDERED denying and dismissing the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1).

IT IS FURTHER ORDERED denying a certificate of appealability and leave to proceed *in forma pauperis* in this matter. Petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this matter.

Dated this 19th day of January, 2021.

Honorable John J. Tuchi
United States District Judge